Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Shegelsky, Alexander | Case Number: 08 B 22108 |
|---|---|---|
| | Enger, Michelle L | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 8/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: December 29, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,313.00 | |
| Secured: | | 1,071.86 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 75.74 |
| Other Funds: | | 1,165.40 |
| Totals: | 2,313.00 | 2,313.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Beneficial | Secured | 0.00 | 0.00 |
| 2. | Wachovia Dealer Services | Secured | 17,319.44 | 1,071.86 |
| 3. | Internal Revenue Service | Priority | 6,824.31 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 19.12 | 0.00 |
| 5. | Wachovia Dealer Services | Unsecured | 0.00 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 35.78 | 0.00 |
| 7. | Orthopedic & Spine Surgery Assoc | Unsecured | 5.68 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 14.08 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 17.97 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 20.09 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 46.34 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 130.06 | 0.00 |
| 13. | American Express | Unsecured | 45.17 | 0.00 |
| 14. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 15. | Open MRI Of Chicago | Unsecured | | No Claim Filed |
| 16. | Advanced Physicians Group | Unsecured | | No Claim Filed |
| 17. | Advocate Health Care | Unsecured | | No Claim Filed |
| 18. | Arc Disposal Co., Inc. | Unsecured | | No Claim Filed |
| 19. | Associated Imaging Specialist | Unsecured | | No Claim Filed |
| 20. | Aurora Loan Service | Unsecured | | No Claim Filed |
| 21. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 22. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 23. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 24. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 25. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 26. | Citicorp Credit Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Shegelsky, Alexander | Case Number: 08 B 22108 |
|---|---|---|
| | Enger, Michelle L | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 8/22/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 28. | IPC Of Illinois | Unsecured | | No Claim Filed |
| 29. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 30. | Lynn Mershon DO | Unsecured | | No Claim Filed |
| 31. | River West Anesthesiologists | Unsecured | | No Claim Filed |
| 32. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 33. | MEA Medical Care Centers | Unsecured | | No Claim Filed |
| 34. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 35. | Saint Joseph Hospital | Unsecured | | No Claim Filed |
| | | | $ 24,478.04 | $ 1,071.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 75.74 |
| | $ 75.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

